_____



SO ORDERED,

*Edward Ellington*

Judge Edward Ellington
United States Bankruptcy Judge
Date Signed: November 3, 2015

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: LATOYA BOGAN, | ) | CASE NO. 15-01916-ee |
|     DEBTOR | ) | CHAPTER 13 |
| | ) | |
| LATOYA BOGAN | ) | PLAINTIFF |
| | ) | |
| VS. | ) | ADV. PROC. NO. 15-00053-ee |
| | ) | |
| NEW JERUSALEM CHRISTIAN SCHOOL, | ) | |
| NEW JERUSALEM CHURCH | ) | DEFENDANTS |

### DEFAULT JUDGEMENT

Default was entered against Defendants New Jerusalem Christian School and New Jerusalem Church on October 19, 2015 (dk no. 9). Therefore, on Motion for Default Judgment (dk no. __11__) by Plaintiff Lotoya Bogan, and the Plaintiff having advised the Court that Defendant has been duly served with summons and complaint and has failed to answer and otherwise defend, judgment is entered against Defendants and in favor of Plaintiffs pursuant to Federal Rule of Bankruptcy Procedure 7055 and Federal Rule of Civil Procedure 55.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Default Judgment is entered against New Jerusalem Christian School and New Jerusalem Church in favor of Plaintiff Latoya Bogan.

**IT IS FURTHER ORDERED AND ADJUDGED** that damages are awarded in favor of Plaintiff and against Defendants in the amount of $500.00 in attorney's fees plus costs of the Court, together with post-judgment interest in accordance with 28 U.S.C. §1961 from the date of entry of this judgment.

###END OF ORDER###

Prepared by:
Thomas C. Rollins, Jr. (MSB # 103469)
The Rollins Law Firm, PLLC
774 Avery Blvd. North
Ridgeland, MS 39157
601.600.5533